# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Susan Curenton,<br><br>    Plaintiff,<br><br>    v.<br><br>Martin O'Malley, Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:23-cv-05606-FWS-MAA<br><br>|**PROPOSED**| ORDER FOR STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of SEVEN THOUSAND THREE-HUNDRED EIGHTY DOLLARS and 51/100 ($7,380.51) as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

DATE:  June 18, 2024                         _____
                                             HON. MARIA A. AUDERO
                                             UNITED STATES MAGISTRATE JUDGE